■  In the Matter of ROSE C. PERRY, Respondent, v. STEVEN PERRY, Appellant.— Motion by appellant to stay order of commitment, entered May 26, 1965, pending appeal therefrom, granted on the following conditions: (1) that appellant continue to pay $20 a week on account for support; and (2) that appellant perfect and be ready to argue or submit the appeal at the September Term, beginning September 8, 1965; appeal ordered on the calendar for said term. Appellant is directed to file six copies of his typewritten brief and serve one copy on the respondent on or before August 9, 1965 (Family Ct. Act, § 1016; Rules App. Div., 2d Dept., part 1, rule 1V, subd. 1, par. [D]); the appeal will be heard on the original papers. Cross motion by respondent for counsel fee on this appeal and motion, denied with leave to renew in the Family Court (Family Ct. Act, § 438). Ughetta, Acting P. J., Brennan, Hill, Rabin and Benjamin, JJ., concur.

## (June 21, 1965)

■  ARROW AGENCY, INC., Appellant, v. ALFRED B. TERRY, Respondent.— In an action by a corporate insurance broker to recover damages for tortious interference with its customers by the defendant, Alfred B. Terry, its former employee, in that he allegedly diverted such customers to his own account, in which action said defendant interposed six counterclaims to recover damages for the alleged defamation of his character, by the corporate plaintiff and its president, Douglas C. Snyder, the said corporate plaintiff appeals, as limited by its brief, from so much of an order of the Supreme Court, Nassau County, entered September 24, 1964, as denied its motion to dismiss the said counterclaims for failure to state a cause of action (CPLR 3211, subd. [a], par. 7). Order, insofar as appealed from, affirmed, without costs (cf. *Imperatrice* v. *Imperatrice*, 298 N. Y. 549). Beldock, P. J., Christ, Brennan, Hill and Rabin, JJ., concur.